1
2
3
4
5
6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

7   | In re:                                    | NO: CV-12-430- RMP

8   |   LLS AMERICA, LLC,                       | Bankruptcy No: 09-06194-PCW11

9   |               Debtor.                     | Adversary No: 11-80128

10  |                                           | ORDER GRANTING MOTION FOR
    |                                           | DEFAULT AND JUDGMENT
11  | BRUCE P. KRIEGMAN, solely in his
    | capacity as court-appointed Chapter 11
12  | Trustee for LLS America LLC,

13  |               Plaintiff,

    | vs.
14
    | LARRY WILSON and ANA WILSON
15
    |               Defendants.
16

17        Before the Court is bankruptcy trustee Bruce P. Kriegman's Motion for

18  Entry of Default and Judgment, ECF No. 4.  The Court has reviewed the motion,

19  its attachments, the Court's file, and the Bankruptcy Court's file for the adversary

20  action 11-80128-PCW11.

ORDER GRANTING MOTION FOR DEFAULT AND JUDGMENT ~ 1

1    This case arose as an adversary action as part of the bankruptcy of LLS

2    America, LLC.  This Court withdrew the reference to this action, set a trial date,

3    and referred the matter back to the Bankruptcy Court for that court to address

4    pretrial matters.  The Bankruptcy Court entered orders granting the Bankruptcy

5    Trustee's motions for default and for default judgment.  The trustee now moves

6    this Court for entry of default and default judgment.

7        "When a party against whom a judgment for affirmative relief is sought has

8    failed to plead or otherwise defend, and that failure is shown by affidavit or

9    otherwise, the clerk must enter the party's default."  Fed. R. Civ. P. 54(a).  "If the

10   plaintiff's claim is for a sum certain or a sum that can be made certain by

11   computation, the clerk—on the plaintiff's request, with an affidavit showing the

12   amount due—must enter judgment for that amount and costs against a defendant

13   who has been defaulted for not appearing."  Fed. R. Civ. P. 54(b).

14       Pursuant to the Court's order on motion for withdrawal of reference, this

15   Court will treat the Bankruptcy Court's orders entering default and default

16   judgment as proposed findings of fact and conclusions of law.  The instant motion

17   was filed on August 24, 2012.  The Defendants have filed no objection.  After a

18   review of the record before this Court and the bankruptcy court, the Court

19   concludes that default is appropriate and default judgment shall be entered.

20   / / /

ORDER GRANTING MOTION FOR DEFAULT AND JUDGMENT ~ 2

Accordingly, **IT IS HEREBY ORDERED:**

1.  The trustee's Motion for Entry of Default and Judgment, ECF No. 4, is **GRANTED**.

2.  The Defendants Larry Wilson and Ana Wilson are in default, and default of said Defendants is hereby entered.

3.  The Court will enter default judgment by separate order.

**IT IS SO ORDERED**.

The District Court Executive is hereby directed to enter this Order and to provide copies to counsel and to the Honorable Patricia C. Williams, Bankruptcy Judge.

**DATED** this 31st day of October 2012.


      *s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER GRANTING MOTION FOR DEFAULT AND JUDGMENT ~ 3