AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

In Re LLS AMERICA, LLC,
              Debtor
BRUCE P. KRIEGMAN, solely in his capacity as
court-appointed Chapter 11 Trustee for LLS America, LLC,
              Plaintiff,

**JUDGMENT IN A CIVIL CASE**

              v.

LARRY WILSON and ANA WILSON,

CASE NUMBER: CV-12-430-RMP

              Defendants.

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED Plaintiff is hereby awarded a monetary judgment in the amount of CAD $347,044.92 and costs in the amount of USD $250.00, which shall bear interest equal to the weekly average of one-year constant maturity (nominal) treasury yield as published by the Federal Reserve System.

October 31, 2012
_____
*Date*

JAMES R. LARSEN
_____
*Clerk*
  s/ Penny Lamb
_____
*(By) Deputy Clerk*
Penny Lamb